SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:09-cv-03518-JAM-KJN** |
| Plaintiff, | **PROPOSED ORDER RE: STIPULATED DISMISSAL** |
| vs. | |
| Velcan Properties, Inc., et al, | |
| Defendants | |

   Pursuant to the parties stipulation, IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  6/6/2011

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com